UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 20-95-DLB-EBA

YOSAUN SMITH                                                                                               PLAINTIFF

v.                                                    **JUDGMENT**

COMMONSPIRIT HEALTH, et al.                                                               DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to the Memorandum Opinion and Order entered contemporaneously herewith, and the Court being otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1)   Defendants' Motion to Dismiss (Doc. # 38) is **GRANTED**. **Judgment is entered for Defendants on all of Plaintiff's claims**;

(2)   Plaintiff's Complaint (Doc. # 1) is **DISMISSED WITH PREJUDICE**; and

(3)   This matter is **STRICKEN** from the Court's active docket.

This is a **FINAL and APPEALABLE** Order and no just cause for delay exists.

This 8th day of September, 2021.



Signed By:
David L. Bunning
United States District Judge

J:\DATA\ORDERS\Cov2020\20-95 Judgment.docx