## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| YOSAUN SMITH, Individually and as a representative of a class of similarly situated persons and on behalf of the CATHOLIC HEALTH INITIATIVES 401(K) PLAN,<br><br>    Plaintiff,<br>  v.<br><br>COMMONSPIRIT HEALTH a/k/a CATHOLIC HEALTH INITIATIVES; THE CATHOLIC HEALTH INITIATIVES RETIREMENT PLANS SUBCOMMITTEE; and DOES No. 1-10, Whose Names Are Currently Unknown,<br><br>    Defendants. | Case No. 2:20-cv-00095-DLB-EBA |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Yosaun Smith, individually and as a representative

of a class of similarly situated persons and on behalf of the Catholic Health Initiatives 401(k)

Plan, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the

Memorandum Opinion and Order (ECF No. 77) and Judgment (ECF No. 78) entered in this

action on September 8, 2021.

DATED: October 6, 2021     Respectfully submitted,

             /s/ *Jeffrey S. Goldenberg*
             Theodore J. Schneider
             Jeffrey S. Goldenberg*
             GOLDENBERG SCHNEIDER, LPA
             4445 Lake Forest Drive, Suite 490
             Cincinnati, OH 45242
             Telephone: (513) 345-8291
             Facsimile: (513) 345-8294
             Email: jgoldenberg@gs-legal.com

James E. Miller*
Laurie Rubinow*
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
        lrubinow@millershah.com

James C. Shah*
Alec J. Berin*
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
        ajberin@ millershah.com

Kolin C. Tang*
MILLER SHAH LLP
1401 Dove Street, Suite 510
Newport Beach, CA 92660
Telephone: (323) 510-4060
Facsimile: (866) 300-7367
Email: kctang@millershah.com

Mark K. Gyandoh*
CAPOZZI ADLER P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com

*Attorneys for Plaintiffs, the Plan
and the Proposed Class*

*denotes admission *pro hac vice*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2021, I electronically filed the foregoing Notice of

Appeal with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent

to all counsel of record by operation of that system.

/s/ *Jeffrey S. Goldenberg*
Jeffrey S. Goldenberg